IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MIGUEL RODRÍGUEZ-LUCIANO, *et al.*, <br><br>**Plaintiffs,** <br><br>v. <br><br>DESARROLLOS METROPOLITANOS, LLC, *et als.*, <br><br>**Defendants.** | **Civil No.** 21-1378 (FAB) |

**JUDGMENT**

In accordance with the order entered on December 2, 2022 (Docket No. 46), this case is **DISMISSED with prejudice**.

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, December 5, 2022.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE